## HATCH AND BAILEY COMPANY *v.* JOHN MALLOZZI ET AL.
### (AC 16475)

Foti, Landau and Daly, Js.

Argued December 12, 1997—officially released January 6, 1998

Per Curiam. The judgment is affirmed.

## DENA WEST *v.* KEITH E. WORTZ
### (AC 16297)

O'Connell, C. J., and Lavery and Spear, Js.

Argued December 11, 1997—officially released January 6, 1998

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* DEON WALKER
### (AC 15725)

Landau, Spear and Dupont, Js.

Argued December 15, 1997—officially released January 6, 1998

Per Curiam. The judgment is affirmed.